# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENNETH W. FURRY, et al.,**

    **Plaintiffs,**

**v.**

**WIDICO FIRE PROTECTION CO., et al.,**

    **Defendants.**                    Case No. 07-cv-426-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the Parties' Stipulation of Dismissal With Prejudice (Doc. 30). **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)** allows dismissal by a plaintiff without a court order by filing a stipulation. Therefore, the Court hereby **ACKNOWLEDGES** said Stipulation (Doc. 30) and finds this action is **DISMISSED WITH PREJUDICE**, each party to bear their own costs. The Clerk of Court shall enter judgment accordingly.[1]

    **IT IS SO ORDERED.**

    Signed this 23rd day of May, 2008.

                              /s/     David R. Herndon

                              **Chief Judge**
                              **United States District Court**

---

[1] The Court notes that although Widico Fire Protection Company is a named defendant in this matter, the record shows it was never served by Plaintiff and is no longer an existing entity (*see* Defendants' Answer, Doc. 14, ¶ 3).